UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Stark,

                        Plaintiff(s),

        -against –

Diversified Adjustment Service, Inc.,

                        Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:21-CV-06759 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: October 12, 2021

      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.